IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ESEAN EDWARDS, | * |
| Plaintiff, | * |
| v. | Case No.: 1:23-CV-221 (LAG) |
| | * |
| WAYNE STEWART TRUCKING, et al., | * |
| Defendants. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Orders dated September 9, 2024, and March 5, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 6th day of March, 2025.

                                                    David W. Bunt, Clerk

                                                    s/ Michelle Paschal, Deputy Clerk